CHARLES F. SCRIBNER ET AL. *v.* O'BRIEN, INC., ET AL.

The plaintiffs' "First Motion for Review" of the order of the trial referee dated August 6, 1974, in the appeal from the Superior Court in Fairfield County at Stamford is granted and the relief requested therein is denied.

The plaintiffs' "Second Motion for Review" of the order of the trial referee dated August 6, 1974, in the appeal from the Superior Court in Fairfield County at Stamford is granted and the relief requested therein is denied.

*James R. Fogarty, Jr.,* in support of the motions.

*Melvin J. Silverman,* in opposition.

The defendants' "Motion for an Order Vacating the Judgment of the Court of Common Pleas for Lack of Jurisdiction" in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Melvin J. Silverman,* in support of the motion.

*James R. Fogarty, Jr.,* in opposition.

Submitted October 2—decided October 8, 1974

ROBERT ST. JOHN ET AL. *v.* A. EARL WOOD,
COMMISSIONER OF TRANSPORTATION OF
THE STATE OF CONNECTICUT

The plaintiffs' motion to dismiss the defendant's "appeal" from the "Memorandum on Determination of Taking Date" is granted.

*Jules Lang,* for the plaintiffs.

*Paige J. Everin,* assistant attorney general, for the defendant.